# EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS

1. A COPY OF THESE INSTRUCTIONS MUST BE ATTACHED TO THE COPY OF THE COMPLAINT SERVED UPON EACH PARTY, AND THE PROOF OF SERVICE OF THE SUMMONS AND COMPLAINT MUST INDICATE THAT SUCH COPY WAS SERVED THEREWITH.

2. If the proceeding involves money or property exceeding $10,000, or if plaintiff believes trial time will exceed 4 hours, plaintiff must serve, with the summons and complaint, a notice that compliance with **Local Bankruptcy Rule 7026-1** is required. Plaintiff must also file proof of service of the summons and complaint.

3. If **Local Bankruptcy Rule 7026-1** applies, counsel for the parties **MUST TIMELY MEET TO DISCUSS SETTLEMENT AND TO EXCHANGE DOCUMENTS, OTHER EVIDENCE, AND LISTS OF WITNESSES AND PRELIMINARY DISCOVERY SCHEDULES AS PROVIDED IN SAID RULE. FRCP RULE 26(f) DOES NOT APPLY TO THIS PROCEEDING.**

4. Unless all defendants have defaulted, the parties shall file a Joint Status Report pursuant to **Local Bankruptcy Rule 7016-1(a)(2)** at least 4 court days before the date of the status conference in a form substantially similar to **Local Form No. F7016-1.1**. If **Local Bankruptcy Rule 7026-1** applies, the parties must include in the Joint Status Report a statement that they have met to discuss settlement and have exchanged documents, other evidence, lists of witnesses, and preliminary discovery schedules. If the parties request dates for discovery cut-off, pre-trial or trial other than those ordered herein, this request shall be made in the Joint Status Report.

5. If no response to the complaint is timely filed, plaintiff may request entry of default by the clerk or by the court. See **Local Bankruptcy Rule 7055-1(a)**. Plaintiff may also request entry of a default judgment by filing and serving an appropriate prove-up motion with admissible evidence. See **Local Bankruptcy Rule 7055-1(b)**

6. Failure to comply with these instructions may subject the responsible party and/or counsel to **sanctions**.

7. At the status conference a date may be set for a further status conference, a pre-trial conference and/or for trial.

8. Failure of counsel for any party to appear at a status conference or pre-trial conference may be considered an abandonment or failure to prosecute or defend diligently and the proceeding may be dismissed or judgment entered against the defaulting party.

Meredith A. Jury
United States Bankruptcy Judge

**Early Meeting of Counsel and Status Conference Instructions
Revised : January 22, 2010**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Arturo M Cisneros<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612<br><br>949−252−9400<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**

| In re:<br><br>Joaquin Andres "An Acosta<br><br><br><br>Debtor(s). | CASE NO.: 6:14−bk−12539−MJ<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 6:15−ap−01325−MJ |
|---|---|
| Todd A. Frealy, Chapter 7 Trustee of the Estate of Joaquin Andres "Andy" Acosta<br><br>Plaintiff(s)<br>Versus<br>Joaquin Andres "Andy" Acosta, an individual<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **12/07/2015.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
     **Date:**               **January 7, 2016**
     **Time:**              **11:00 AM**
     **Hearing Judge:**   **Meredith A. Jury**
     **Location:**       **3420 Twelfth St., Crtrm 301, Riverside, CA 92501**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                  **KATHLEEN J. CAMPBELL**
                                  **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>November 5, 2015</u>

                        By: <u>"s/" Susan Hawkinson</u>

                            Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                      Page 2                 **F 7004–1.SUMMONS.ADV.PROC**

Case 6:15-ap-01325-MJ Doc 3 Filed 11/05/15 Entered 11/05/15 14:01:17 Desc
AP-Summons Page 3 of 7

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Todd A. Frealy, Chapter 7 Trustee of the Estate of Joaquin Andres "Andy" Acosta | Joaquin Andres "Andy" Acosta, an individual<br>Flavio Camacho, an individual<br>Black Rock Capital, Inc., a Nevada Corporation |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005−2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                             *Printed Name*                             *Signature*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 7004−1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/09/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov
Chapter 7 Trustee: Todd A. Frealy, taftrustee@lnbyb.com
Attorneys for Chapter 7 Trustee: Arturo M. Cisneros, arturo@mclaw.org; William G. Malcolm, bill@mclaw.org

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 11/09/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2015 | Roxanne Koffman | /s/ Roxanne Koffman |
|---|---|---|
| Date | Printed Name | Signature |

## ADDITIONAL SERVICE INFORMATION:

**Debtor/Defendant**: Joaquin "Andy" Acosta, P.O. Box 2887, Big Bear Lake, CA  92315
**Debtor/Defendant**: Joaquin "Andy" Acosta, P.O. Box 2889, Big Bear Lake, CA  92315
**Debtor/Defendant**: Joaquin "Andy" Acosta, P.O. Box 4314, Big Bear Lake, CA  92315
**Debtor/Defendant**: Joaquin "Andy" Acosta, 460 Catalina Rd., Big Bear Lake, CA  92315
**Debtor/Defendant**: Joaquin "Andy" Acosta, 42112 Big Bear Blvd., Big Bear Lake, CA  92315
**Debtor/Defendant**: Joaquin "Andy" Acosta, c/o Nevada Agency & Transfer Co. – Registered Agent,
   50 W. Liberty Street, Suite 880, Reno, NV  89501
**Debtor/Defendant**: Joaquin "Andy" Acosta, 18124 Wedge Parkway, Suite 431, Reno, NV  89511
**Defendant**:  Black Rock Capital, Inc., c/o Nevada Agency & Transfer Co. – Registered Agent,
   50 W. Liberty Street, Suite 880, Reno, NV  89501
**Defendant**:  Black Rock Capital, Inc., 18124 Wedge Parkway, Suite 431, Reno, NV  89511
**Defendant**:  Flavio Camacho, 18124 Wedge Parkway, Suite 431, Reno, NV  89511
**Defendant**:  Flavio Camacho, c/o Nevada Agency & Transfer Co. – Registered Agent,
   50 W. Liberty Street, Suite 880, Reno, NV  89501
**Judge**:  Honorable Meredith A. Jury, United States Bankruptcy Court, Central District of California,
   3420 Twelfth Street, Riverside, CA  92501